**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Anthony JOHNSON, a/k/a AJ, Defendant—Appellant.**

**No. 11–6763.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 18, 2012.

Decided: Feb. 8, 2012.

Anthony Johnson, Appellant Pro Se. Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Johnson appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Johnson,* No. 2:95–cr–00249–TDS–7 (M.D.N.C. June 2, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*